MATHEW W. McVEA, Respondent, v ANDREW GEORGE, Appellant.— Order

of dismissal entered January 13, 1925 [See 212 App. Div. 854], vacated, upon condition that appellant shall pay to respondent's attorney ten dollars, shall file and serve the printed papers and printed briefs on appeal by March twenty-third, and shall be ready to argue the appeal at any later date. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.